604 A.2d 110

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DEBORAH KENT, DEFENDANT-APPELLANT.

January 7, 1991.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

604 A.2d 110

THEODORE J. GEHERTY, PLAINTIFF-RESPONDENT, v. RICH-
ARD J. MOORE, DEFENDANT-RESPONDENT, AND JOHN
DOE, ETC., DEFENDANT-APPELLANT, AND RICHARD ROE,
ETC., ET AL., DEFENDANTS.

January 11, 1991.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.